█ In the Matter of SETH ROTTER (Admitted as SETH RICHARD ROTTER), a Suspended Attorney. [727 NYS2d 619] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, P. J., Williams, Tom, Wallach and Rubin, JJ.